1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX RODRIGUEZ, LINDA RODRIGUEZ, LAURA WILLIS, ROSARIO VILLAREAL, SUSAN VILLAREAL and RUTH WARREN, individually and on behalf of others similarly situated,<br><br>         Plaintiffs,<br><br>  vs.<br><br>UNITED TITLE COMPANY, a California corporation, RE/MAX ASSOCIATES, a business entity form unknown, MOUNTAIN PACIFIC FINANCIAL, INC., a business organization form unknown, doing business as DISTINCTIVE PROPERTIES RE/MAX, LAST DANCE, INC., a California corporation, GEOFFREY F. MOUNTAIN, an individual, and doing business as DISTINCTIVE PROPERTIES RE/MAX, JASON R. HALL, an individual, and JAMES CRESTANI, an individual,<br><br>         Defendants. | CIVIL ACTION NO.<br>05 CV 1019 JAH (POR)<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION FROM MARCH 9, 2009, TO A DATE ON OR AFTER APRIL 6, 2009<br><br>Date:       March 9, 2009<br>Time:      2:30 p.m.<br><br>Magistrate Judge Porter<br>Complaint Filed:  June 8, 2005<br>Trial Date:  Not Yet Set |

1   Upon the parties' Joint Motion to Continue Hearing on Plaintiffs' Motion for Class
2 Certification from March 9, 2009, to a Date on or After April 6, 2009, and GOOD CAUSE
3 APPEARING THEREFOR, it is hereby ordered that hearing on Plaintiffs' Motion for Class
4 Certification shall be continued to April 20, 2009, at 2:30 p.m.  Opposition and reply papers
5 shall be filed pursuant to Southern District of California Local Rule 7.1, subdivisions (e)(2)
6 and (3).

7   IT IS SO ORDERED.

9   Dated: February 19, 2009

Hon. John A. Houston