1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX RODRIGUEZ, LINDA RODRIGUEZ, LAURA WILLIS, ROSARIO VILLAREAL, SUSAN VILLAREAL and RUTH WARREN, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UNITED TITLE COMPANY, a California corporation, RE/MAX ASSOCIATES, a business entity form unknown, MOUNTAIN PACIFIC FINANCIAL, INC., a business organization form unknown, doing business as DISTINCTIVE PROPERTIES RE/MAX, LAST DANCE, INC., a California corporation, GEOFFREY F. MOUNTAIN, an individual, and doing business as DISTINCTIVE PROPERTIES RE/MAX, JASON R. HALL, an individual, and JAMES CRESTANI, an individual,<br><br>Defendants. | CASE NO.  05 CV 1019 JAH (POR)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CERTIFICATION OF CLASS ACTION FROM ARIL 20, 2009, TO A DATE ON OR AFTER JUNE 22, 2009**<br><br>Date:  April 20, 2009<br>Time:  2:30 p.m.<br>Courtroom:  11<br><br>Magistrate Judge Porter<br><br>Complaint Filed: May 11, 2005<br>Trial Date:  None<br><br>Hon. John A. Houston |

-1-

| | |
|---|---|
| Order Granting Joint Motion to Continue Hearing<br>On Plaintiffs' Motion for Certification of Class | 05 CV 1019 JAH (POR) |

1  Upon the parties' Joint Motion to Continue Hearing on Plaintiffs' Motion for Class
2  Certification from April 20, 2009, to a Date on or After June 22, 2009, and GOOD CAUSE
3  APPEARING THEREFOR, it is hereby ordered that hearing on Plaintiffs' Motion for Class
4  Certification shall be continued to June 22, 2009, at 2:30 p.m.  Opposition and reply papers shall
5  be filed pursuant to Southern District of California Local Rule 7.1, subdivisions (e)(2) and (3).
6  IT IS SO ORDERED.
7  DATED:  April 2, 2009

<br>

JOHN A. HOUSTON
United States District Judge

-2-

Order Granting Joint Motion to Continue Hearing                                     05 CV 1019 JAH (POR)
On Plaintiffs' Motion for Certification of Class